AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>BRIAN FRANCIS JOYCE | SUMMONS IN A CRIMINAL CASE<br><br>Case Number: 3:02-CR-00079-JKS |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>    Federal Building - U.S. Courthouse<br>    222 W. 7th Avenue<br>    Anchorage, Alaska  99513 | Room<br>6 |
|---|---|
| Before: Magistrate Judge John D. Roberts | Date and Time<br>6/29/2006 at 9:30 a.m. |

To answer a(n)
[] Indictment   [] Information   [] Complaint   [XX] Supervised Release Violation Petition

Charging you with a violation of:

Title  United States Code, Section(s)

Brief description of offense:
VIOLATION OF CONDITIONS OF SUPERVISED RELEASE


Ida Romack, Clerk of Court                May 24, 2006 at Anchorage, Alaska
Signature of Issuing Officer              Date and Location

by [redacted signature]  Deputy Clerk
Name and Title of Issuing Officer

---

NOTICE: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

**RETURN OF SERVICE**

Service was made by me on:[1]    Date  5/31/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: U.S. Probation Office
222 W 7th Ave
Anchorage, AK 99513

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 5/31/06        Randy M Johnson
Date                        Name of United States Marshal

**REDACTED SIGNATURE**

Sr. U.S. Probation Officer

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.