MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. BRIAN FRANCIS JOYCE   CASE NO. 3:02-cr-00079-JKS
Defendant: X Present  X On Summons

BEFORE THE HONORABLE: JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: ROBIN M. CARTER

UNITED STATES' ATTORNEY: STEVE SKROCKI

DEFENDANT'S ATTORNEY: MIKE DIENI - APPOINTED

U.S.P.O.: MICHAEL PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE (DOC #46) HELD 6/29/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:37 a.m. court convened.

X Copy of petition given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Financial Affidavit **FILED.**
  X Federal Public Defender accepted appointment; FPD notified.

X PLEA(S): Denials entered to allegations 1-2 of the petition.

X Order Setting Conditions of Release **FILED.**

X OTHER: Matter referred to the U.S. District Judge for evidentiary hearing.  Parties requested evidentiary hearing to be held in two weeks.

At 9:56 a.m. court adjourned.

DATE: June 29, 2006        DEPUTY CLERK'S INITIALS:   Rc