DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>                        Plaintiff,       )<br>                                                              )<br> vs.                                                       )<br>                                                              )<br> BRIAN FRANCIS JOYCE,             )<br>                                                              )<br>                        Defendant.   )<br>                                                              )<br>_____) | Case No.  3:02-cr-00079-JKS<br><br><br><br><br>**UNOPPOSED MOTION TO<br>CONTINUE EVIDENTIARY<br>HEARING UNTIL WEEK OF<br>SEPTEMBER 18, 2006**<br><br>*(Filed on shortened time)* |

The United States files with the court an unopposed motion to continue the evidentiary hearing in the above captioned matter due to the respective absences of counsel for the government, the probation officer, and counsel for the defense.

The evidentiary hearing in this case is presently set by the court to occur during the week on August 21, 2006.  During that week, probation officer and potential witness Mike Pantangelo, will be out of the office.  The following week,

August 30, counsel for the government will be out of the office, returning September 11th. Counsel for the defendant Michael Dieni will be out of the office the week of September 11 as well. The parties have discussed this matter telephonically and in light of those conversations agree that the hearing should be continued until the week of September 18, 2006. The parties similarly agree that the defendant's release conditions remain unchanged.

Accordingly, for good cause shown, the parties request that the court continue the evidentiary hearing presently set for August 21, 2006, to the week of September 18, 2006.

RESPECTFULLY SUBMITTED this 17th day of August, 2006, in Anchorage, Alaska.

    DEBORAH M. SMITH
    Acting United States Attorney

    s/ Steven. E. Skrocki
    Assistant U.S. Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-3380
    Fax: (907) 271-1500
    E-mail: steven.skrocki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2006
a copy of the foregoing was served
electronically on Mike Dieni.

s/ Steven E. Skrocki