IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:02-cr-00079-JKS |
| Plaintiff, | ) |
| vs. | ) **[PROPOSED] ORDER** |
| | ) **GRANTING UNOPPOSED** |
| BRIAN FRANCIS JOYCE, | ) **MOTION TO CONTINUE** |
| | ) **EVIDENTIARY HEARING** |
| Defendant. | ) **UNTIL WEEK OF SEPTEMBER** |
| | ) **18, 2006** |

The government's Non-opposed Motion to Continue Evidentiary Hearing in this case is hereby GRANTED. It is ordered that the hearing will be continued to the _____ day of September, 2006, at _____ a.m./p.m.

IT IS SO ORDERED.


Dated: _____        _____
                                    United States District Court Judge