IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:02-cr-00079-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING** |
| | ) | **UNOPPOSED MOTION TO** |
| BRIAN FRANCIS JOYCE, | ) | **CONTINUE EVIDENTIARY** |
| | ) | **HEARING UNTIL WEEK OF** |
| Defendant. | ) | **SEPTEMBER 25, 2006** |
| | ) | |

The government's Non-opposed Motion to Continue Evidentiary Hearing in this case is hereby GRANTED. It is ordered that the hearing will be continued to the 25th day of September 2006, at 1:30 p.m.

IT IS SO ORDERED.

Dated:  August 21, 2006              /s/Ralph R. Beistline
                                     United States District Court Judge