NELSON P. COHEN
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>BRIAN FRANCIS JOYCE,  )<br>  )<br>Defendant.  )<br>  )<br>_____  ) | Case No. 3:02-cr-00079-JKS<br><br><br><br><br>**UNOPPOSED MOTION TO**<br>**CONTINUE EVIDENTIARY**<br>**HEARING UNTIL WEEK OF**<br>**OCTOBER 16, 2006**<br><br>*(Filed on shortened time)* |

  The United States files with the court an Unopposed and Joint Motion to Continue the Evidentiary Hearing in the above captioned case currently set for September 18, 2006.  Said motion is based upon agreement of the parties to this case and is based upon the parties continuing efforts to resolve the matter without resort to a lengthy evidentiary hearing.  The parties have been working in good faith on a proposed resolution to this matter, however due to the out of state work

commitments of government counsel and the time necessary to develop a satisfactory disposition, the parties respectfully request that the court continue this matter until October 16, 2006, or during the week thereof as the court's calendar permits. The parties additionally agree that the subpoenas at issue in this case remain in full force and effect as to the new hearing date.

Wherefore, for good cause shown, the parties respectfully request that the court continue the evidentiary hearing to October 16, 2006, or during the week thereof in accordance with court availability.

RESPECTFULLY SUBMITTED this 21st day of September, 2006, in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ Steven. E. Skrocki
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3380
>Fax: (907) 271-1500
>E-mail: steven.skrocki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2006
a copy of the foregoing was served
electronically on Mike Dieni.

s/ Steven E. Skrocki