IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:02-cr-00079-JKS |
| Plaintiff, | ) |
| vs. | ) **[PROPOSED] ORDER** |
| | ) **GRANTING UNOPPOSED** |
| BRIAN FRANCIS JOYCE, | ) **MOTION TO CONTINUE** |
| | ) **EVIDENTIARY HEARING** |
| Defendant. | ) **UNTIL WEEK OF OCTOBER 16,** |
| | ) **2006** |
| | ) |

The government's Non-opposed Motion to Continue Evidentiary Hearing in this case is hereby GRANTED. It is ordered that the hearing will be continued to the _____ day of October, 2006, at _____ a.m./p.m. The subpoenas issued by the parties to this case will remain in full force and effect with regard to the new hearing date.

IT IS SO ORDERED.


Dated: _____        _____
                                United States District Court Judge