Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>BRIAN FRANCIS JOYCE,<br><br>           Defendant. | Case No. 3:02-cr-0079-JKS<br><br>NOTICE OF PROPOSED STIPULATION REGARDING PETITION TO REVOKE SUPERVISED RELEASE |

Defendant, Brian Francis Joyce, by and through counsel Michael Dieni, Assistant Federal Defender, provides notice of a proposed stipulation eliminating the need for an evidentiary hearing now set for Tuesday, November 21, 2006.  The matter will be continued, in part, for four months.  The specific terms of the proposed stipulation are set forth as follows.

1. Mr. Joyce agrees to admit allegation number 2, which alleges that he consumed alcohol in violation of a special condition of supervised release.

2. The parties jointly request a four month continuance of the adjudication of allegation number 1, which alleges that Mr. Joyce failed to participate in sex offender treatment.

  3. Mr. Joyce's bail release will no longer include the obligation to reside at the Cordova Center. He will be released on his own personal recognizance on the condition that he comply with all previously existing conditions of supervised release.

  4. Mr. Joyce will undertake sex offender psychological counseling, at his own expense, through Dr. Bruce Smith.

The justification for this proposed stipulation can be summarized as follows. The parties agree that Mr. Joyce failed to abide by the alcohol condition, but the parties do not agree on the question of whether Mr. Joyce failed to participate in sex offender counseling. Mr. Joyce would argue that he made a good faith effort to participate in a program ill-designed for his particular needs. The government would dispute this. For the moment, the parties agree that it is more productive to simply agree to disagree.

During the past three months, while this matter has been pending, Mr. Joyce, through counsel, has been evaluated by Dr. Bruce Smith. Dr. Smith has an extensive background in treatment of sex offenders. Dr. Smith has concluded that Mr. Joyce is appropriate for counseling and has agreed to take him on as a client.

The stipulation contemplates, therefore, a testing period during which Mr. Joyce will be given an opportunity to prove his good faith in counseling with Dr. Smith. Presumably, if Mr. Joyce performs well, the remaining allegation will be formally withdrawn as moot. If not, then the adjudication can yet proceed.

///

///

///

DATED this 17th day of November, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on November 17, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Steven E. Skrocki, Esq.

/s/ Michael D. Dieni