NELSON P. COHEN
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. 3:02-cr-0079-JKS |
| ) | |
| Plaintiff,  ) | NON-OPPOSITION AND |
| ) | JOINDER TO DEFENDANT |
| vs.  ) | JOYCE'S STIPULATION |
| ) | REGARDING PETITION TO |
| BRIAN FRANCIS JOYCE,  ) | REVOKE SUPERVISED |
| ) | RELEASE |
| Defendant  ) | |
| ) | *Filed on shortened time* |

COMES NOW Plaintiff United States of America, by and through Nelson P. Cohen, United States Attorney for the District of Alaska, and hereby files with the court a Non-Opposition and Joinder to the resolution of this matter as set forth in the Notice of Proposed Stipulation Regarding Petition to Revoke Supervised Release.  The United States was consulted with, and was a party to the negotiations leading up to the filing of the notice and agrees with its contents.  Given this agreement and the parties structure thereof, the government sees no need for a

hearing on the matter and would agree if the court was so inclined to remove the matter off calendar.

RESPECTFULLY SUBMITTED this 20th day of November 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Steven. E. Skrocki
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3380
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2006
a copy of the foregoing was served
electronically on Mike Dieni.

s/ Steven E. Skrocki