```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __BRIAN FRANCIS JOYCE__   CASE NO. __3:02-CR-00079-JKS__
Defendant: _X_ Present   _X_ On Bond

BEFORE THE HONORABLE:          JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:         CAROLINE EDMISTON

UNITED STATES' ATTORNEY:       STEVE SKROCKI

DEFENDANT'S ATTORNEY:          MIKE DIENI

U.S.P.O.:                      CHARLENE WORTMAN

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE (DOC #46) Held 11/21/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:04 a.m. court convened.

Court and counsel heard re parties stipulation; defendant to admit allegation 2 and postpone adjudication hearing in order for the defendant to complete treatment with Dr. Wolfe.

Defendant **ADMITTED** Allegation 2 of the Petition to Revoke Supervised Release.

Court directed Mr. Dieni to file a proposed order releasing the defendant from the Half-way house on Friday, November 24, 2006.

Adjudication Hearing set **March 15, 2007 at 9:00 a.m.** before Judge Singleton.

Court directed parties to notify the court one week prior to continued hearing re status of case.

Defendant's conditions of release remain as previously set pending release.

At 9:18 a.m. court adjourned.


DATE:    November 21, 2006       DEPUTY CLERK'S INITIALS:   ce