Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN FRANCIS JOYCE,<br><br>        Defendant. | Case No. 3:02-cr-0079-JKS<br><br>NON-OPPOSED MOTION AMENDING BAIL RELEASE CONDITIONS, *filed on shortened time* |

      Defendant, Brian Francis Joyce, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for on order amending his release by deleting the condition that requires Mr. Joyce to reside at the Cordova Center halfway house. This change would be effective Friday, November 24, 2006.

      This motion is non-opposed by A.U.S.A. Steve Skrocki.

DATED this ____ day of _____, 2006.

        Respectfully submitted,

        FEDERAL PUBLIC DEFENDER
        FOR THE DISTRICT OF ALASKA

        /s/ Michael D. Dieni
        Assistant Federal Defender
        Alaska Bar No. 8606034
        601 West 5th Avenue, Suite 800
        Anchorage, AK  99501
        Ph:  (907) 646-3400
        Fax:  (907) 646-3480
        mike_dieni@fd.org

Certification:

I certify that on *, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Steven E. Skrocki, Esq.

/s/ Michael D. Dieni

Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BRIAN FRANCIS JOYCE,<br><br>　　　　　Defendant. | Case No. 3:02-cr-0079-JKS<br><br>AFFIDAVIT OF COUNSEL |

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

　　　　Michael Dieni, being first duly sworn upon oath, deposes and states:

　　　　1.　　I am the attorney appointed to represent defendant in the above-captioned case.

///

///

///

///

2. All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Michael Dieni

SUBSCRIBED and SWORN to before me this ____ day of _____, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN FRANCIS JOYCE,<br><br>　　　　　Defendant. | Case No. 3:02-cr-0079-JKS<br><br>PROPOSED ORDER |

　　　　After due consideration of the defendant's motion to amend release conditions, it is hereby by ordered that the motion is granted.  Effective Friday, November 24, 2006, the condition requiring Mr. Joyce to reside at the Cordova Center is deleted.  All other conditions of release, as previously set, remain in full force.

　　　　DATED this ____ day of _____, 2006 in Anchorage, Alaska.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Court Judge