UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN FRANCIS JOYCE,<br><br>        Defendant. | Case No. 3:02-cr-0079-JKS<br><br>PROPOSED ORDER |

      After due consideration of the defendant's motion to amend release conditions, it is hereby by ordered that the motion is granted. Effective Friday, November 24, 2006, the condition requiring Mr. Joyce to reside at the Cordova Center is deleted. All other conditions of release, as previously set, remain in full force.

      DATED this ____ day of _____, 2006 in Anchorage, Alaska.

                                      _____
                                      United States District Court Judge