Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>BRIAN FRANCIS JOYCE,<br><br>    Defendant. | Case No. 3:02-cr-0079-JKS<br><br>AFFIDAVIT OF COUNSEL |

STATE OF ALASKA    )
           ) ss.
THIRD JUDICIAL DISTRICT  )

    Michael Dieni, being first duly sworn upon oath, deposes and states:

    1.  I am the attorney appointed to represent defendant in the above-captioned case.

///

///

///

///

2.    All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.


_____
Michael Dieni


SUBSCRIBED   and   SWORN   to   before   me   this   ____   day   of   _____, 2006.


_____
Notary Public in and for Alaska
My Commission Expires:  3/14/2007