Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>BRIAN FRANCIS JOYCE,<br><br>        Defendant. | Case No. 3:02-cr-0079-JKS<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

    Michael Dieni, being first duly sworn upon oath, deposes and states:

    1.    I am the attorney appointed to represent defendant in the above-captioned case.

///

///

///

///

2.  All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/Michael Dieni

SUBSCRIBED and SWORN to before me this 21st day of November 2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008



Certification:
I certify that on November 21, 2006,
a copy of the *Affidavit of Counsel*
was served electronically on:

Steven E. Skrocki, Esq.

/s/ Michael D. Dieni

*United States v. Brian Francis Joyce*
Case No. 3:02-cr-0079-JKS

Page 2