NELSON P. COHEN
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>BRIAN FRANCIS JOYCE,  )<br>  )<br>    Defendant.  )<br>  )<br>_____ ) | No. 3:02-cr-0079-JKS<br><br>GOVERNMENT'S NON-<br>OPPOSITION AND JOINDER IN<br>PROPOSED STIPULATION |

The United States files with the court a Non-Opposition and Joinder to the Proposed Stipulation filed by the defendant Brian Francis Joyce.  In as much as the stipulation accurately reflects the hearing on the record which occurred this date the government requests that the court modify the defendant's conditions to reflect the admission of Count 2 of the petition as well as the conditions stated in the stipulation with regard to further counseling with Dr. Smith as well as other

modifications stated therein.

      RESPECTFULLY SUBMITTED this 21th day of November 2006, in Anchorage, Alaska.

                                                NELSON P. COHEN
United States Attorney

s/ Steven. E. Skrocki
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3380
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2006
a copy of the foregoing was served
electronically on Mike Dieni.

s/ Steven E. Skrocki