UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN FRANCIS JOYCE,<br><br>        Defendant. | Case No. 3:02-cr-0079-JKS<br><br><br>**ORDER** |

After due consideration of the defendant's motion to amend release conditions, it is hereby ordered that the motion is granted. Effective Friday, November 24, 2006, the condition requiring Mr. Joyce to reside at the Cordova Center is deleted. All other conditions of release, as previously set, remain in full force.

DATED this 21st day of November 2006 in Anchorage, Alaska.

                                    /s/James K. Singleton, Jr.
                                    JAMES K. SINGLETON, JR.
                                    United States District Judge