Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>BRIAN FRANCIS JOYCE,<br><br>           Defendant. | Case No. 3:02-cr-0079-JKS<br><br>DEFENDANT'S NOTICE OF COMPLIANCE WITH TERMS OF PRE-DISPOSITION AGREEMENT |

   Defendant, Brian Francis Joyce, by and through counsel Michael Dieni, Assistant Federal Defender, provides notice that he has complied with the terms of his agreement with the government.  At the last hearing, on or about November 22, 2006, the parties set forth an agreement whereby the government would agree to withdraw the petition if Mr. Joyce avoided any additional violations of supervised release and effectively participated in psychotherapy with Dr. Smith.  Mr. Joyce has complied.  The history is summarized as follows.

   On or about June 29, 2006, Mr. Joyce first appeared for this, his first petition to revoke supervised release, facing two violations.  It was alleged that he used alcohol

and failed to follow the rules of sex offender treatment. On June 29, at the arraignment, the court released Mr. Joyce to the Cordova Center pending further proceedings.

Shortly thereafter, Mr. Joyce obtained new employment, working as a dishwasher at Humpy's restaurant and bar. He has maintained that employment ever since and has it to this day.

Also after entering the halfway house, Mr. Joyce obtained an evaluation with Dr. Bruce Smith, who concluded that counseling for Mr. Joyce would be appropriate.

On or about November 22, 2007, the parties entered into an agreement essentially giving Mr. Joyce the opportunity to show that he would comply with psychotherapy by attending regular sessions of one-on-one counseling with Dr. Smith. On November 24, 2006, Mr. Joyce was released from the halfway house to live on his own. Since that time, Mr. Joyce has paid for individual psychotherapy session out of his own earnings, and he has complied with all aspects of the stipulation. Furthermore, he has been subject to regular urinalysis testing and he has passed all tests.

In summary, nearly four months after entering into the stipulation, Mr. Joyce has succeeded in all aspects of supervised release and the special conditions of the November 22 stipulation.

As a result, it is anticipated that the petition will be withdrawn. It is expected that Mr. Joyce will continue in psychotherapy as directed by his probation officer, with the advice of Dr. Smith.

///

DATED this 5th day of March, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 5, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Steven E. Skrocki, Esq.

/s/ Michael D. Dieni