MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __BRIAN FRANCIS JOYCE__   CASE NO. __3:02-CR-00079-JKS__
Defendant: _X_ Present  _X_ On Bond

BEFORE THE HONORABLE: __JAMES K. SINGLETON__

DEPUTY CLERK/RECORDER: __SUZANNETTE LUCERO__

UNITED STATES' ATTORNEY: __STEVE SKROCKI__

DEFENDANT'S ATTORNEY: __MIKE DIENI__

U.S.P.O.: __MICHAEL PENTANGELO__

PROCEEDINGS: STATUS CONFERENCE (ADJUDICATION/DISPOSITION HEARING ON PETITION TO REVOKE SUPERVISED RELEASE) HELD 3/07/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

Court and counsel heard re Government's oral motion to DISMISS allegation 1 of the Petition to Revoke Supervised Release without prejudice; **GRANTED**.

Defendant's original judgment with conditions remain as previously ordered.

At 9:06 a.m. court adjourned.

DATE: __March 7, 2007__       DEPUTY CLERK'S INITIALS: __SCL__