PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court
## for the
### District of Alaska

UNITED STATES OF AMERICA

v.                                   Case No.    3:02-CR-0079-01-JKS

Brian F. Joyce

It appearing that the above-named has satisfactorily complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on February 10, 2008. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

**REDACTED SIGNATURE**

_____
Scott E. Kelley                          Date
Senior U.S. Probation/Pretrial
Services Officer

**REDACTED SIGNATURE**
_____
Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this   13th   day of   February   , 20 08 .

/s/James K. Singleton, Jr.
_____
James K. Singleton
Senior U.S. District Court Judge